UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61732-CIV-LENARD/LOUIS

**DAVID I. ALTMAN,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 11) AND DENYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS (D.E. 6)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Lauren Louis, ("Report," D.E. 11), issued December 2, 2022, recommending that the Court deny Petitioner David I. Altman's Motion for Permission to Appeal in Forma Pauperis, ("Motion," D.E. 6), filed October 13, 2022. Specifically, Judge Louis found that Petitioner's appeal is not taken in good faith. (Report at 6.) The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendation of the Magistrate Judge (D.E. 11) issued on December 2, 2022, is **ADOPTED**; and

2. Petitioner's Motion for Permission to Appeal in Forma Pauperis (D.E. 6) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 22nd day of December, 2022.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**